CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 1 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VALERIE TODD, | Civil Action No. 7:09cv00113 |
| Plaintiff, | |
| | **FINAL ORDER** |
| v. | |
| MICHAEL J. ASTRUE, | By: Judge James C. Turk |
| COMMISSIONER OF | |
| SOCIAL SECURITY, | Senior United States District Judge |
| Defendant. | |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the Court **OVERRULES** Plaintiff's objections and **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. No. 21). Therefore, the Court **GRANTS** the Defendant's motion for summary judgment (Dkt. No. 15) and **DENIES** Plaintiff's motion for summary judgment (Dkt. No. 10).

The Clerk is directed to strike the case from the active docket of the Court, and send copies of this Final Order and the accompanying Memorandum Opinion to all counsel of record.

**ENTER:** This 11th day of August, 2010

*/s/ James C. Turk*
Senior United States District Judge